**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § | |
| *Plaintiff*, § § | |
| v. § | CIVIL ACTION NO. 2:19-CV-00291-JRG |
| § § | |
| HOLOPHANE EUROPE LIMITED, § § | |
| *Defendant*. § | |

**ORDER**

Before the Court is the Joint Motion for Extension of Time for Plaintiff Ultravision Technologies, LLC to Comply with P. R. 3-1 & 3-2 (Infringement Contentions) and for Defendants to Comply with P. R. 3-4 & 3-4 (Invalidity Contentions) filed by Plaintiff Ultravision Technologies, LLC ("Ultravision") and Defendants Holophane Europe Limited, Acuity Brands Lighting de Mexico S de RL de CV, Holophane, S.A. de C.V. and Arizona (Tianjin) Electronics Products Trade Company, Ltd. (collectively, "Defendants") (together, collectively, "the Parties"). (Dkt. No. 33). In the Motion, the Parties request "an extension of time for Ultravision to comply with P.R. 3-1 & 3-2 (Infringement Contentions) from January 14, 2020 up to and including January 28, 2020 and for Defendants to comply with P. R. 3-3 & 3-4 (Invalidity Contentions) from March 10, 2020 up to and including April 7, 2020." (*Id.* at 1).

Having considered the Motion, the Court finds it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that Ultravision must comply with P.R. 3-1 and P.R. 3-2 by **January 28, 2020**, and Defendants must comply with P.R. 3-3 and P.R. 3-4 by **April 7, 2020**.

**So Ordered this**

**Jan 17, 2020**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE