# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>    *Plaintiff*,<br>vs.<br><br>HOLOPHANE EUROPE LIMITED,<br><br>    *Defendant*. | Civil Action No.: 2:19-cv-00291-JRG<br><br>**JURY TRIAL DEMANDED** |

## UNOPPOSED MOTION FOR ORAL HEARING
## REGARDING MOTION TO DISMISS FOR LACK OF JURISDICTION PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) (DKT. 27)

Holophane Europe Limited ("Holophane Europe"), Acuity Brands Lighting De Mexico S DE RL DE CV ("Acuity Mexico"), Holophane S.A. De C.V. ("Holophane S.A."), and Arizona (Tianjin) Electronics Products Trade Co., LTD. ("Arizona (Tianjin)") (collectively, "Defendants") respectfully request an oral hearing on their Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) (Dkt. 27).  The motion has been fully briefed at Dkts. 35, 37, 41 (Plaintiff's Sur-reply was filed February 6, 2020).

Accordingly, Defendants respectfully request an oral hearing on their Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2). Defendants have conferred with Plaintiff's Counsel and they do not join in this request for oral hearing but are not opposed to the Motion to Dismiss for Lack of Jurisdiction Pursuant to Fed. R. Civ. P. 12(b)(2) from being heard.

Dated: February 7, 2020            Respectfully Submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253.6900
Facsimile: (404) 253.6901

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**Gilbert A Greene**
BGreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy.
Suite 300
Austin, TX 78746-5435
Telephone: 713-402-3946
Facsimile: 713-513-3583

*Counsel for Defendant*
*Holophane Europe Limited*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 7[h] day of February, 2020.

/s/ *Melissa R. Smith*
Melissa R. Smith