# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>    *Plaintiff*,<br>vs.<br><br>HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V. and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO., LTD.<br><br>    *Defendants*. | Civil Action No.: 2:19-cv-00291-JRG-RSP (LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Holophane Europe Limited, Acuity Brands Lighting De Mexico S De RL De CV, Holophane S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Co., LTD. ("Holophane Defendants") hereby notify the Court that pursuant to the Court's Docket Control Order [Dkt. 58], they have served their Claim Terms pursuant to P.R. 4-2 upon Plaintiff's counsel of record via electronic mail on May 19, 2020.

Dated:  May 19, 2020

Respectfully Submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257
Email:  melissa@gillamsmithlaw.com

       Matthew S. Yungwirth
       msyungwirth@duanemorris.com
       Glenn D. Richeson
       gdricheson@duanemorris.com
       **DUANE MORRIS LLP**
       1075 Peachtree Street, Suite 2000
       Atlanta, Georgia 30309
       Telephone: (404) 253.6900
       Facsimile: (404) 253.6901

       Gilbert A Greene
       BGreene@duanemorris.com
       **DUANE MORRIS LLP**
       900 S. Capital of Texas Hwy.
       Suite 300
       Austin, TX 78746-5435
       Telephone: 713-402-3946
       Facsimile: 713-513-3583

       *Counsel for Defendants*
       *Holophane Europe Limited*
       *Acuity Brands Lighting De Mexico S De RL*
       *De CV, Holophane, S.A. De C.V.*
       *Arizona (Tianjin) Electronics Products*
       *Trade Co., LTD.,*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 19th day of May, 2020.

       /s/ *Melissa R. Smith*
       Melissa R. Smith