**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE S.A. DE C.V., and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE COMPANY, LTD., <br><br> Defendants. | Case No. 2:19-cv-00291-JRG-RSP (Lead Case) <br><br> **JURY TRIAL DEMANDED** |
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> YAHAM OPTOELECTRONICS CO., LTD., <br><br> Defendant. | Case No. 2:19-cv-00398-JRG-RSP (Consolidated Case) <br><br> **JURY TRIAL DEMANDED** |
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD., <br><br> Defendants. | Case No. 2:19-cv-00252-JRG-RSP <br><br> **JURY TRIAL DEMANDED** |

## ULTRAVISION'S NOTICE OF COMPLIANCE WITH P.R. 4-2

Ultravision Technologies, LLC ("Ultravision") hereby notifies the Court that pursuant to

P.R. 4-2, it has served its Proposed Terms and Claim Elements for Construction upon

Defendants' counsel of record via electronic mail on May 19, 2020.

Dated: May 21, 2020

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Lawrence C. Drucker
NY Bar No. 2303089
Email: ldrucker@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone: (212) 209-4800
Facsimile: (212) 209-4801

Samuel F. Baxter
Texas Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF***
***ULTRAVISION TECHNOLOGIES, LLC***

2

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that on May 21, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

*/s/  Alfred R. Fabricant*
Alfred R. Fabricant