**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | Case No 2:19-cv-00291-JRG-RSP (Lead Case) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE S.A. DE C.V., and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE COMPANY, LTD., | |
| Defendant. | |
| ULTRAVISION TECHNOLOGIES, LLC, | Case No. 2:19-cv-00398-JRG-RSP (Consolidated Case) |
| Plaintiff, | |
| v. | **JURY TRIAL DEMANDED** |
| YAHAM OPTOELECTRONICS CO., LTD., | |
| Defendant. | |
| ULTRAVISION TECHNOLOGIES, LLC, | Case No. 2:19-cv-00252-JRG-RSP |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG DISPLAY CO., LTD., | |
| Defendants. | |

## JOINT P.R. 4-3 CLAIM CONSTRUCTION AND PREHEARING STATEMENT

Pursuant to Patent Rule 4-3, plaintiff Ultravision Technologies, LLC ("Ultravision") and

defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S DE RL DE CV,

Holophane S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Company, LTD.

(collectively, "Holophane"), Yaham Optoelectronics Co., Ltd ("Yaham"), and Samsung

Electronics Co., Ltd. ("Samsung") (collectively, "Defendants") provide this Joint Claim

Construction and Prehearing Statement regarding the asserted claims of U.S. Patent

Nos. 8,870,410; 8,870,413; 9,734,738; 9,947,248; and 10,223,946. In accordance with Patent

Rule 4-2(c), the parties met and conferred for the purposes of narrowing the issues and finalizing

preparation of this Joint Claim Construction Chart.

**I.      P.R. 4-3(a)(1) Agreed Constructions**

The parties have met and conferred in an attempt to narrow the issues before the Court

and have identified certain terms for which they agree. They are attached as Exhibit A.

**II.     P.R. 4-3(a)(2) Disputed Terms**

Ultravision's proposed constructions and identification of intrinsic and extrinsic evidence

is attached hereto as Exhibit B. Defendants' proposed constructions and identification of intrinsic

and extrinsic evidence is attached hereto as Exhibit C. Each party also reserves the right to cite to

intrinsic and/or extrinsic evidence cited by the other party.

**III.    P.R. 4-3(a)(3) Anticipated Length of Time for the Claim Construction Hearing**

The parties expect that three hours will provide sufficient time to conduct the claim

construction hearing.

**IV.     P.R. 4-3(a)(4) Anticipated Witnesses at the Claim Construction Hearing**

At the present time, no party proposes to call witnesses for live testimony at the claim

construction hearing.

**V.      P.R. 4-3(a)(5) Other Issues to be Addressed at the Claim Construction Hearing**

The parties are not presently aware of any issues which might be taken up at a prehearing

conference prior to the Claim Construction Hearing.

## VI.   P.R. 4-3(b) Service of Expert Testimony

In accordance with Patent Rule 4-3(b), the parties will each serve a disclosure of expert testimony simultaneous with this filing consistent with Fed. R. Civ. P. 26(a)(2)(B)(i)–(ii) or 26(a)(2)(C) for any expert on which it intends to rely to support its proposed claim construction or indefiniteness position or to oppose any other party's proposed claim construction or indefiniteness position.

Dated: June 9, 2020

Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: afabricant@brownrudnick.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambriankos@brownrudnick.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@brownrudnick.com
Timothy J. Rousseau
NY Bar No. 4698742
Email: trousseau@brownrudnick.com
Daniel J. Rousseau
NY Bar No. 5430558
Email: dshea@brownrudnick.com
**BROWN RUDNICK LLP**
7 Times Square
New York, New York 10036
Telephone:  (212) 209-4800
Facsimile:   (212) 209-4801

Samuel F. Baxter
Texas Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone:  (903) 923-9000
Facsimile:   (903) 923-9099

**ATTORNEYS FOR PLAINTIFF**
**ULTRAVISION TECHNOLOGIES, LLC**

*/s/ Matthew S. Yungwirth (with permission)*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone:  (404) 253-6900
Facsimile:   (404) 253-6901

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257

Gilbert A Greene
bgreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Highway, Suite 300
Austin, Texas 78746
Telephone:  713-402-3946
Facsimile:   713-513-3583

**COUNSEL FOR DEFENDANTS**
**HOLOPHANE EUROPE LIMITED, ACUITY**
**BRANDS LIGHTING DE MEXICO S DE RL**
**DE CV, HOLOPHANE, S.A. DE C.V., AND**
**ARIZONA (TIANJIN) ELECTRONICS**
**PRODUCTS TRADE CO., LTD.,**

*/s/ Jeffrey L. Johnson (with permission)*
Jeffrey L. Johnson
Texas Bar No. 24029638
**ORRICK, HERRINGTON**
    **& SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, Texas 77002
Telephone:  (713) 658-6450
Facsimile:   (713) 658-6401

4

jj@orrick.com

T. Vann Pearce, Jr.
**ORRICK, HERRINGTON
     & SUTCLIFFE LLP**
Columbia Center
1152 15th Street N.W.
Washington, D.C. 20005
Telephone:  (202) 339-8400
vpearce@orrick.com

***COUNSEL FOR DEFENDANT
YAHAM OPTOELECTRONICS CO., LTD.***

*/s/ Alexander Middleton*
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 S. Washington Avenue
Marshall, Texas 75670
Telephone:  (903) 934-8450
Facsimile:   (903) 934-9257
melissa@gillamsmithlaw.com

Steve Pepe
Alexander Middleton
Hyun-Joong Kim
**ROPES & GRAY LLP**
1211 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 596-9000
Facsimile:   (212) 596-9090
steven.pepe@ropesgray.com
alexander.middleton@ropesgray.com
daniel.kim@ropesgray.com

David S. Chun
**ROPES & GRAY LLP**
1900 University Avenue
East Palo Alto, CA 94303-2284
Telephone: (650) 617-4000
Facsimile: (650) 617-4090
david.chun@ropesgray.com

Samuel L. Brenner
**ROPES & GRAY LLP**
Prudential Tower

5

800 Boylston Street
Boston, Massachusetts 02199
Telephone:  (617) 951-7500
Facsimile:   (617) 951-7050
samuel.brenner@ropesgray.com

Allen S. Cross
**ROPES & GRAY LLP**
2099 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone:  (202) 508-4600
Facsimile:   (202) 508-4650
allen.cross@ropesgray.com

***COUNSEL FOR DEFENDANT
SAMSUNG ELECTRONICS CO., LTD.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2020, a true and correct copy of the above and foregoing document has been served by email on all counsel of record.

*/s/  Alfred R. Fabricant*
Alfred R. Fabricant