**EXHIBIT B**
**Ultravision's Proposed Constructions**

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| 1 | substantially transparent | '410: **1**, **13**<br><br>'413: **5**, **11**, 18 | *plain and ordinary meaning or, in the alternative*<br><br>"clear" | '410 Patent:<br>  Abstract<br>  FIGS 5A–D, 8A–J<br>  1:18–29, 4:64–5:48, 5:65–6:11, 6:65–7:3, 7:65–8:15<br><br>Merriam-Webster's Collegiate Dictionary (11th ed. 2004), UVT-LFH00002580<br><br>Illuminating Engineering Society (IESNA), *The Lighting Handbook* (10th ed. 2011), UVT-LFH00001190<br><br>Gary Gordon, *Interior Lighting for Designers* (4th ed. 2003), UVT-LFH00003376 |

---

[1] U.S. Patent Nos. 8,870,410; 8,870,413*; 9,734,738***; 9,947,248***, and 10,223,946**
* asserted against Holophane and Yaham only
** asserted against Holophane only
*** asserted against Yaham only
All citations to the intrinsic record related to the Patents-in-Suit are made to the '410 patent for simplicity unless otherwise notes. Ultravision reserves the right to cite to the same disclosure found in the other Patents-in-Suit.
A citation to a figure includes all corresponding descriptions of that figure, and a citation to a description includes its corresponding figure(s) and any surrounding language.

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 2 | [each of the plurality of optical elements comprises] a first lens element and a second lens element disposed over the first lens element | '410: **1**, 16, 22<br><br>'413: 3, 7, 13 | *plain and ordinary meaning* | '410 Patent:<br><br>  Abstract<br><br>  FIGS 5A–D, 8A–J<br><br>  1:18–29, 4:64–5:48, 5:65–6:11, 6:65–7:3, 7:65–8:15<br><br>U.S. Patent Application No. 13/836,612:<br><br>  June 5, 2014 Amendment |
| 3 | substantially the entire display surface | '410: **1**, **15**, **21** | *plain and ordinary meaning* | '410 Patent:<br><br>  Abstract<br><br>  FIGS 1A–D<br><br>  1:18–29, 2:10–22, 2:33–37, 2:49–64, 5:4–6:52, 8:6–15<br><br>U.S. Patent Application No. 13/836,612:<br><br>  June 5, 2014 Amendment |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | U.S. Patent Application No. 14/137,343: |
| | | | | June 5, 2014 Amendment |
| | | | | Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 4 | substantially uniform | '410: **10** | "does not create noticeable unevenness, such as hot spots and dead spots" | '410 Patent: |
| | | | | Abstract |
| | substantially equal level of illumination | '410: **1**, **15**, **21** | | FIGS 5A–D, 8D–J |
| | | | | 1:18–29, 2:49–66, 5:4–6:30 |
| | a uniformity … remains substantially unchanged | '248: 3 | | U.S. Patent Application No. 13/836,612: |
| | | | | June 5, 2014 Amendment |
| | the uniformity of light … remains substantially the same | '738: **19**, 20<br>'946: 12 | | Merriam-Webster's Collegiate Dictionary (11th ed. 2004), UVT-LFH00002580 |
| | | | | Outdoor Advertising Association of America (OAAA), *LED Lighting Guidance for Outdoor Advertising Owners and* |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | *Operators* (Aug. 29, 2013), UVT-LFH00002586 |
| | | | | Illuminating Engineering Society (IESNA), RP-19-01, *Roadway Sign Lighting* (2001), UVT-LFH00001124 |
| | | | | Illuminating Engineering Society (IES), DG-22-12, *Design Guide for Sustainable Lighting* (2012), UVT-LFH00007031 |
| | | | | Illuminating Engineering Society (IESNA), RP-33-99, *Lighting for Exterior Environments* (1999), UVT-LFH00001140 |
| | | | | Illuminating Engineering Society (IES), *The Lighting Handbook* (9th ed. 2000), UVT-LFH00005028 |
| | | | | Illuminating Engineering Society (IESNA), *The Lighting Handbook* (10th ed. 2011), UVT-LFH00001190 |
| | | | | Defendants' materials, including: |
| | | | | https://img.acuitybrands.com/ |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | public-assets/catalog/939216/mongoose-led-family-brochure.pdf |
| | | | | https://img.acuitybrands.com/public-assets/catalog/885181/lithonia-rsx-led-area-and-flood-complete-presentation-customer---september-2019.pdf |
| | | | | https://yahamlighting.com/readnews/led-billoard-light.html |
| | | | | Claim construction record from *Ultravision Technologies, LLC v. Lamar Advertising Co. et al.*, No. 2:16-cv-00374-JRG-RSP (E.D. Tex.), including all applicable briefing, declarations, evidence, and transcripts, including: UVT-LFH00002594–904 |
| | | | | Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | pursuant to P.R. 4-3(b). |
| 5 | substantially no illumination | '410: 7, 12, 19, 25<br><br>'413: 2, 17 | *plain and ordinary meaning* | '410 Patent:<br>  Abstract<br>  FIGS 5A–D, 8D–J<br>  1:18–29, 2:49–64, 5:4–25<br>U.S. Patent Application No. 13/836,612:<br>  June 5, 2014 Amendment<br>Merriam-Webster's Collegiate Dictionary (11th ed. 2004), UVT-LFH00002580<br>Outdoor Advertising Association of America (OAAA), *LED Lighting Guidance for Outdoor Advertising Owners and Operators* (Aug. 29, 2013), UVT-LFH00002586<br>Illuminating Engineering Society (IESNA), RP-19-01, *Roadway Sign Lighting* (2001), UVT-LFH00001124<br>Illuminating Engineering Society (IES), DG-22-12, *Design Guide for Sustainable Lighting* (2012), |
| | areas beyond edges … receive substantially no illumination | '410: 7, 12, 19, 25 | *plain and ordinary meaning* | |
| 6 | minimal amount of illumination | '413: 6, **16** | "compliant with IES recommended light trespass guidelines" | |
| | areas beyond edges … receive minimum illumination | '738: **19** | "compliant with IES recommended light trespass guidelines" | |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | UVT-LFH00007031 |
| | | | | Illuminating Engineering Society (IESNA), RP-33-99, *Lighting for Exterior Environments* (1999), UVT-LFH00001140 |
| | | | | Illuminating Engineering Society (IES), *The Lighting Handbook* (9th ed. 2000), UVT-LFH00005028 |
| | | | | Illuminating Engineering Society (IESNA), *The Lighting Handbook* (10th ed. 2011), UVT-LFH00001190 |
| | | | | Joint International Dark-Sky Association (IDA) – Illuminating Engineering Society (IESNA), *Model Lighting Ordinance (MLO) with User's Guide* (June 15, 2011), UVT-LFH00002536 |
| | | | | Illuminating Engineering Society (IESNA), TM-11-00 *Light Trespass: Research, Results, and Recommendations* (2000), UVT-LFH00002521 |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Illuminating Engineering Society (IESNA), TM-34-19, *Technical Memorandum: Calculation Procedures and Specification Criteria* (2019), UVT-LFH00002905 |
| | | | | *Kohei Narisada et al.*, 1 *Light Pollution Handbook* (2004), UVT-LFH00006065 |
| | | | | Duco Schreuder, *Outdoor Lighting: Physics, Vision and Perception* (2008), UVT-LFH00002914 |
| | | | | Claim construction record from *Ultravision Technologies, LLC v. Lamar Advertising Co. et al.*, No. 2:16-cv-00374-JRG-RSP (E.D. Tex.), including all applicable briefing, declarations, evidence, and transcripts, including: UVT-LFH00002594–904 |
| | | | | Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | pursuant to P.R. 4-3(b). |
| 7 | [optics panel is configured to be attached to] a heat sink comprising a power supply enclosure disposed on the heat sink | '410: 11<br>'413: **11** | *plain and ordinary meaning* | '410 Patent:<br>FIG 3B, 6B–C, 7A–B<br>2:65–3:8, 3:18–21, 3:64–4:14, 3:64–4:13, 4:34–42, 7:4–48<br>U.S. Patent Application No. 13/836,710:<br>June 5, 2014 Amendment<br>Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |
| 8 | An optics panel for use in a light emitting diode (LED) lighting assembly comprising | '410: **1**, **10**, **15**<br>'413: **1**, **5**, **11**, **16** | *preamble not limiting*<br>*plain and ordinary meaning* | '410 Patent:<br>Abstract<br>FIGS 3C, 5A–D, 6A–C, 8A–J, 9<br>1:18–29, 1:43–45, 1:48–52, 1:55–62, 2:6–93:9–29, 4:44–57, 6:31–64, 7:52–8:15 |
| | An optics panel for use in a light emitting | '410: 10 | | |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | diode (LED) lighting assembly for illuminating a billboard that has a display surface extending between outer edges of the billboard, the optics panel comprising | 413:  1, 5, 11 | | |
| 9 | area | '946: **1**, 2 **30** | *plain and ordinary meaning* | '410 Patent: Abstract FIGS 1A–D 1:18–29, 2:10–22, 2:33–37, 2:49–64, 5:4–6:52, 8:6–15 |
| | rectangular area | '248: **1** '946: **29** | | |
| | rectangular region | '738: **19**, 20 | | |
| 10 | display surface | '410: **1**, 7, **10**, 12, 14, **15**, 19, 20, **21**, 25, 26 '413: **1**, 2, 4, **5**, 6, 10, **11**, 12, **16**, 17 | *plain and ordinary meaning* | '410 Patent: Abstract FIGS 1A–D 1:18–29, 2:10–22, 2:33–37, 2:49–64, 5:4–6:52, 8:6–15 U.S. Patent Application No. 13/836,612: June 5, 2014 Amendment Illuminating Engineering Society (IESNA), *The Lighting Handbook* (10th ed. 2011), UVT-LFH00001190 |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| 11 | predetermined bounded area | '410: **1, 21** | *plain and ordinary meaning* | '410 Patent:<br>Abstract<br>FIGS 1A–D<br>1:18–29, 2:10–22, 2:33–37, 2:49–64, 5:4–6:52, 8:6–15 |
| 12 | desired uniformity ratio | '410: 4 | *plain and ordinary meaning* | '410 Patent:<br>Abstract<br>1:18–29, 2:49–66, 5:4–6:30<br>'413 Patent<br>claims 1, 5, 11, 16<br>U.S. Patent Application No. 14/137,343:<br>June 5, 2014 Amendment<br>Outdoor Advertising Association of America (OAAA), *LED Lighting Guidance for Outdoor Advertising Owners and Operators* (Aug. 29, 2013), UVT-LFH00002586<br>Illuminating Engineering Society (IESNA), RP-8-00, *Roadway Lighting* (2000), UVT-LFH00003697 |

| # | Claim Term(s) | Patent(s)[1] & Claim(s) | Ultravision's Proposed Construction | Ultravision's Intrinsic and Extrinsic Evidence |
|---|---|---|---|---|
| | | | | Illuminating Engineering Society (IESNA), RP-19-01, *Roadway Sign Lighting* (2001), UVT-LFH00001124 |
| | | | | Illuminating Engineering Society (IESNA), RP-33-99, *Lighting for Exterior Environments* (1999), UVT-LFH00001140 |
| | | | | Illuminating Engineering Society (IESNA), LM-52-03, *IESNA Guide for Photometric Measurements of Roadway Sign Installations*, UVT-LFH00003682 |
| | | | | Ultravision may rely on the expert testimony of Dr. Zane Coleman connection with this claim term. A disclosure of such testimony is being served on counsel for Defendants simultaneously with this filing pursuant to P.R. 4-3(b). |

63784686 v2