**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> *Plaintiff,* <br><br> v. <br><br> HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V. and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO., LTD. <br><br> *Defendants.* | Case No. 2:19-cv-00291-JRG <br> LEAD CASE <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendants Holophane Europe Limited ("Holophane Europe"), Acuity Brands Lighting De Mexico S DE RL DE CV ("Acuity Mexico"), Holophane S.A. De C.V. ("Holophane Mexico"), and Arizona (Tianjin) Electronics Products Trade Co., Ltd. ("Arizona (Tianjin)") respectfully file this Notice of Supplemental Authority to provide the Court the attached transcript for the ruling by Judge Maryellen Noreika denying Ultravision Technologies LLC's ("Ultravision") motion to dismiss in *Acuity Brands Lighting, Inc. v. Ultravision Technologies, LLC*, Case No. 1:19-cv-02207-MN, ECF No. 22 (D. Del, June 11, 2020). *See* Exhibit A.

The Delaware Court's ruling can be found at 26:15-31:11 of Exhibit A.

| | |
|---|---|
| Dated:  June 22, 2020 | Respectfully submitted,<br><br>/s/ Matthew S. Yungwirth<br>Matthew S. Yungwirth<br>msyungwirth@duanemorris.com<br>**DUANE MORRIS LLP**<br>1075 Peachtree Street, Suite 2000<br>Atlanta, Georgia  30309<br>Telephone:  (404) 253.6900<br>Facsimile:  (404) 253.6901<br><br>Melissa Richards Smith (TBN 24001351)<br>melissa@gillamsmithlaw.com<br>**GILLAM & SMITH, LLP**<br>303 South Washington Avenue<br>Marshall, TX 75670<br>Telephone:  903-934-8450<br>Facsimile: 903-934-9257<br><br>**Gilbert A Greene**<br>BGreene@duanemorris.com<br>**DUANE MORRIS LLP**<br>900 S. Capital of Texas Hwy.<br>Suite 300<br>Austin, TX 78746-5435<br>Telephone:  713-402-3946<br>Facsimile:  713-513-3583<br><br>*Counsel for Defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S De RL De CV, Holophane, S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Co., LTD.* |

DM2\12773379.1

## **CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that on June 22, 2020, a true and correct copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all attorneys of record.

/s/ *Melissa R. Smith*
Melissa R. Smith