**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, §<br>§<br>*Plaintiff*, §<br>§<br>v. §<br>§<br>HOLOPHANE EUROPE LIMITED, §<br>ACUITY BRANDS LIGHTING DE §<br>MEXICOS DE RL DE CV, HOLOPHANE §<br>S.A. DE C.V. and ARIZONA (TIANJIN) §<br>ELECTRONICS PRODUCTS TRADE §<br>COMPANY, LTD., §<br>§<br>*Defendants*. § | Case No. 2:19-cv-00291-JRG-RSP |

## **ORDER**

The Magistrate Judge previously entered a Report and Recommendation ("R&R"), Dkt. No. 63, recommending denial of, among other things, the Motion to Dismiss for Lack of Jurisdiction Pursuant to Federal Rule of Civil Procedure 12(b)(2), Dkt. No. 27, filed by Defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S DE RL DE CV, Holophane S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Co., Ltd. (collectively, the "Defendants"). Defendants have now filed an Objection to the R&R. Dkt. No. 67.

After consideration of the briefing on Defendants' Motion to Dismiss, the R&R, and Defendants' Objection to the R&R, the Court finds the objections unpersuasive. The Court agrees with the conclusion reached in the R&R that the Motion to Dismiss should be denied. Accordingly, the Court **ADOPTS** Magistrate Judge Payne's Report and Recommendation and **OVERRULES** Defendants' Objections.

**So ORDERED and SIGNED this 26th day of June, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE