**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V. and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO. LTD.,<br><br>*Defendants*, | Case No. 2:19-cv-00291-JRG-RSP<br>LEAD CASE |
| YAHAM OPTOELECTRONICS CO., LTD.,<br><br>*Defendant*, | Case No. 2:19-cv-00398-JRG-RSP<br>MEMBER CASE |
| SAMSUNG ELECTRONICS CO., LTD.,<br><br>*Defendant*. | Case No. 2:19-cv-00053-JRG-RSP<br>MEMBER CASE |

**ORDER**

Plaintiff Ultravision Technologies, LLC and Defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S De RL De CV, Holophane, S.A. De C.V. and Arizona (Tianjin) Electronics Products Trade Co. Ltd. filed a Joint Claim Construction Statement on June 9, 2020, Dkt. No. 72, pursuant to the Docket Control Order, Dkt. No. 58. A week later, a Consolidation Order was entered in this case, Dkt. No. 74, adding Yaham Optoelectronics Co., Ltd., and Samsung Electronics Co., Ltd., as defendants. The newest defendants have not filed a

Joint Claim Construction Statement or otherwise made their views known. Thus, the parties are **ORDERED**, by July 17, 2020, to file a Joint Claim Construction Statement or a motion seeking any additional time they need to do so.

**SIGNED this 15th day of July, 2020.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE