IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § | | |
| Plaintiff, § | Case No. 2:19-cv-00291-JRG-RSP | |
| v. § § | (Lead Case) | |
| HOLOPHANE EUROPE LIMITED, § ACUITY BRANDS LIGHTING DE § MEXICO S DE RL DE CV, § HOLOPHANE, S.A. DE C.V. and § ARIZONA (TIANJIN) ELECTRONICS § PRODUCTS TRADE CO. LTD., § § | JURY TRIAL DEMANDED | |
| Defendants. § § | | |
| ULTRAVISION TECHNOLOGIES, LLC, § § | | |
| Plaintiff, § § | Case No. 2:19-cv-00398-JRG-RSP (Member Case) | |
| v. § § | JURY TRIAL DEMANDED | |
| YAHAM OPTOELECTRONICS CO., LTD., § § | | |
| Defendants. § | | |

**DECLARATION OF WEIMIN NING IN SUPPORT OF
OPPOSED MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF ZANE
COLEMAN AND STEPHEN E. DELL CONCERNING UNACCUSED PRODUCTS**

I, Weimin Ning, hereby declare as follows:

I am an attorney at the law firm of Orrick, Herrington & Sutcliffe. I am licensed to practice law in New York, New Jersey and D.C.. I submit this declaration in support of Defendant Yaham Optoelectronics Co., Ltd.'s ("Yaham") Motion to Strike Portions of the Expert Reports of Zane Coleman and Stephen E. Dell Concerning Unaccused Products. I affirm that the facts stated in this declaration are true and correct and, if called as a witness, I could and would testify competently thereto.

1. Attached hereto as Exhibit 1 is a true and correct copy of Ultravision's Disclosure of Asserted Claims and Infringement Contentions, dated January 28, 2020.

2. Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of Zane Coleman Regarding Infringement of U.S. Patent No. 8,870,410, dated October 19, 2020.

3. Attached hereto as Exhibit 2-1 is a true and correct copy of excerpt from Attachment B to the Expert Report of Zane Coleman Regarding Infringement of U.S. Patent No. 8,870,410, dated October 19, 2020

4. Attached hereto as Exhibit 3 is a true and correct copy of the Expert Report of Stephen E. Dell, CVA, Relating to Damages re: Yaham, dated October 19, 2020.

5. Attached hereto as Exhibit 4 is a true and correct screen capture of webpage displaying Yaham products.

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from Ultravision's First Set of Interrogatories dated March 12, 2020.

7. Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Yaham's First Supplemental Responses to Ultravision's First Set of Interrogatories dated September 15, 2020.

8. Attached hereto as Exhibit 7 is a true and correct copy of YAHAM-LT-00016453-YAHAM-LT-00016454.

9. Attached hereto as Exhibit 8 is a true and correct copy of YAHAM-LT-00021105-YAHAM-LT-00021106.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 23, 2020, in Green Brook, New Jersey.

_____
Weimin Ning