IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § | | |
| § | | |
| Plaintiff, § | Case No. 2:19-cv-00291-JRG-RSP | |
| v. § | (Lead Case) | |
| § | | |
| HOLOPHANE EUROPE LIMITED, § | JURY TRIAL DEMANDED | |
| ACUITY BRANDS LIGHTING DE § | | |
| MEXICO S DE RL DE CV, § | | |
| HOLOPHANE, S.A. DE C.V. and § | | |
| ARIZONA (TIANJIN) ELECTRONICS § | | |
| PRODUCTS TRADE CO. LTD., § | | |
| § | | |
| Defendants. § | | |
| § | | |
| ULTRAVISION TECHNOLOGIES, LLC, § | | |
| § | Case No. 2:19-cv-00398-JRG-RSP | |
| Plaintiff, § | (Member Case) | |
| v. § | | |
| § | JURY TRIAL DEMANDED | |
| YAHAM OPTOELECTRONICS CO., LTD., § | | |
| § | | |
| Defendants. § | | |

**ORDER GRANTING YAHAM OPTOELECTRONICS CO., LTD.'S OPPOSED
MOTION TO STRIKE PORTIONS OF THE EXPERT REPORTS OF ZANE COLEMAN
AND STEPHEN E. DELL CONCERNING UNACCUSED PRODUCTS**

Before the Court is Defendant Yaham Optoelectronics Co., Ltd.'s ("Yaham") Motion to Strike Portions of the Expert Reports of Zane Coleman and Stephen E. Dell Concerning Unaccused Products. After considering the same, and there being good cause for such relief as set forth in Yaham's motion, the Court finds that the motion should be and is GRANTED.

The portions of the October 19, 2020 Expert Reports of Zane Coleman and Stephen E. Dell that reference the Compact S floodlight, Lumiway I floodlight and streetlight, Lumiway II high mast light and streetlight, Linear II floodlight, Rana floodlight, high mast light and streetlight, Safeguard floodlight and streetlight, Argus high mast light, Slim streetlight and Tri streetlight (the

2

"Unaccused Products") are stricken from the record in this case and will not be considered by the Court.

Ultravision and its experts are hereby precluded from introducing any such evidence, positions, arguments, or opinions regarding the Unaccused Products at trial.