IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>      Plaintiff,<br><br>v.<br><br>HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE S.A. DE C.V., and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE COMPANY, LTD.,<br><br>      Defendants. | Case No. 2:19-cv-00291-JRG-RSP |

## DECLARATION OF GLENN RICHESON

I, Glenn Richeson, declare as follows:

1. I am over the age of 21 and the following is true and correct to the best of my personal knowledge. If called as a witness, I could and would testify on behalf of Defendants competently thereto.

2. I am an attorney at Duane Morris, LLP and counsel of record for the Defendants in the above-captioned litigation. I submit this declaration in support of Defendants' Motion for Summary Judgment of Non-Infringement of U.S. Patent Nos. 8,870,410 and 8,870,413, filed concurrently herewith.

3. Attached hereto as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,870,410 (Asserted Patent).

4. Attached hereto as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,870,413 (Asserted Patent).

5. Attached hereto as Exhibit 3 is a true and correct copy of Plaintiff Ultravision's Infringement Contentions Cover Pleading served on January 28, 2020.

6. Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the Rebuttal Expert Report of Michael N. Gershowitz, PE Regarding Non-Infringement of U.S. Patent Nos. 8,870,410, 8,870,413, and 10,223,946.

7. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████

8. ███████████████████████████████████████████
███████████████████████████████████████████████
███████████████████████████

9. Attached hereto as Exhibit 7 is a true and correct copy of a November 5, 2020 letter from Plaintiff's Counsel, Mr. Joseph Mercadante, to Defendants' Counsel, Mr. Matthew Yungwirth regrading infringement allegations.

10. ██████████████████████████████████████████
█████████████████████████████████████.

11. Attached hereto as Exhibit 9 is a true and correct copy of U.S. Patent No. 10,223,946 (Asserted Patent).

I declare under the penalty of perjury under the laws of het United States that the foregoing is true and correct.

Executed this 23rd day of November, 2020.

/s/ Glenn Richeson
Glenn Richeson

2