# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE S.A. DE C.V., and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE COMPANY, LTD.,<br><br>    Defendants. | Case No. 2:19-cv-00291-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT OF U.S. PATENT NOS. 8,870,410 and 8,870,413

Before the Court is Defendants' Motion for Summary Judgment of non-infringement of U.S. Patent Nos. 8,870,410 and 8,870,413. The Court, having considered same, is of the opinion the motion should be GRANTED.