# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICOS DE RL DE CV, HOLOPHANE S.A. DE C.V. and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE COMPANY, LTD., | § § § § § § § § | Case No. 2:19-cv-00291-JRG-RSP LEAD CASE |
| *Defendants*. | § | |
| YAHAM OPTOELECTRONICS CO., LTD, | § § | Case No. 2:19-cv-00291-JRG-RSP CONSOLIDATED CASE |
| *Defendant*. | § § | |

## ORDER

Magistrate Judge Payne previously entered a Claim Construction Memorandum and Order ("Order"). (Dkt. No. 111.) Now, Defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S DE RL DE CV, Holophane S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Co., Ltd., and Yaham Optoelectronics Co., Ltd. (collectively, the "Defendants") have filed Objections to the Order (Dkt. No. 117) and Amended Objections to the Order (Dkt. No. 120). Plaintiff Ultravision Technologies, LLC ("Plaintiff") filed a Response to Defendants' Objections. (Dkt. No. 121.)

The Court has reviewed the Order, the Objections to the Order, the Amended Objections to the Order, and Plaintiff's Response to Defendants' Objections. After reviewing this material, the Court agrees with the reasoning provided within the Claim Construction Order and concludes that the objections raised by the parties are without merit. Consequently, the Court **ADOPTS**

2

Magistrate Judge Payne's Claim Construction Order and **OVERRULES** the Objections raised by Defendants. (Dkt. Nos. 117, 120.)

      **So ORDERED and SIGNED this 7th day of December, 2020.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE