**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | ) | Case No. 2:19-cv-00291-JRG-RSP |
| | ) | (LEAD CASE) |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| HOLOPHANE EUROPE LIMITED, | ) | |
| ACUITY BRANDS LIGHTING DE | ) | |
| MEXICO S DE RL DE CV, HOLOPHANE | ) | |
| S.A. DE CV and ARIZONA (TIANJIN) | ) | |
| ELECTRONICS PRODUCT TRADE CO., | ) | |
| LTD., | ) | |

## NOTICE OF MEDIATOR

Pursuant to the First Amended Docket Control Order Dated October 3, 2020 (Dkt. 110) ordering the Parties to indicate whether mediation is appropriate within fourteen days of the Claim Construction Order, the Parties state their respective positions as follows:

**Plaintiff's position**

The parties already engaged in an unsuccessful mediation before Magistrate Judge Thynge in the District of Delaware in November 2020 in the related declaratory judgment action *Acuity Brands Lighting, Inc. v. Ultravision Technologies, LLC* pending in that District. Given the recent failure, Ultravision does not believe mediation is appropriate at this time. However, Ultravision believes that additional mediation in this action will be necessary after the pretrial conference. Ultravision requests the Honorable David Folsom be appointed to mediate this case, but that no mediation be ordered until after the pretrial conference currently set for January 25, 2021.

**Defendants' position**

On November 23, 2020, the parties in this case and those in the co-pending case in Delaware participated in a joint mediation.  It was unsuccessful and, based on the parties' positions, Defendants agree with Plaintiff that a second mediation in the present case is unlikely to be productive at this time.  Accordingly, Defendants contend that the parties' resources are better used preparing for trial and that the issue of whether to schedule a second mediation be deferred until closer to trial.

Dated: December 22, 2020                              Respectfully submitted,

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambriankos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
**McKOOL SMITH, P.C.**
104 East Houston Street, Suite 300

Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
ULTRAVISION TECHNOLOGIES, LLC***

*/s/ Matthew S. Yungwirth (With permission)*
Matthew S. Yungwirth
Email: msyungwirth@duanemorris.com
Glenn D. Richeson
Email: gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253-6900
Facsimile: (404) 253-6901

Melissa Richards Smith
Texas Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Gilbert A Greene
Email: bgreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Highway, Suite 300
Austin, Texas 78746
Telephone: (713) 402-3946
Facsimile: (713) 513-3583

***COUNSEL FOR DEFENDANTS
HOLOPHANE EUROPE LIMITED,
ACUITY BRANDS LIGHTING DE
MEXICO S DE RL DE CV, HOLOPHANE,
S.A. DE C.V., AND ARIZONA (TIANJIN)
ELECTRONICS PRODUCTS TRADE CO.,
LTD.***

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 22, 2020, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant