IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>*Plaintiff,*<br><br>*v.*<br><br>HOLOPHANE EUROPE LIMITED,<br>ACUITY BRANDS LIGHTING DE<br>MEXICO S DE RL DE CV,<br>HOLOPHANE, S.A. DE C.V. and<br>ARIZONA (TIANJIN) ELECTRONICS<br>PRODUCTS TRADE CO. LTD.,<br><br>*Defendants.* | Case No. 2:19-cv-00291-JRG-RSP<br><br>LEAD CASE |
| YAHAM OPTOELECTRONICS CO., LTD.,<br><br>*Defendant.* | Case No. 2:19-cv-00398-JRG-RSP<br><br>MEMBER CASE |

## <u>NOTICE OF COMPLIANCE</u>

Holophane Europe Limited, Acuity Brands Lighting De Mexico S De RL De CV, Holophane S.A. De C.V., and Arizona (Tianjin) Electronics Products Trade Co., LTD. ("Holophane Defendants") hereby notify the Court that pursuant to the Court's First Amended Docket Control Order [Dkt. 110], they have served their Objections to Pretrial Disclosures and Rebuttal Pretrial Disclosures upon Plaintiff's counsel of record via electronic mail on January 5, 2021.

Dated:  January 6, 2021

Respectfully Submitted,

*/s/ Melissa R. Smith*
Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257
Email:  melissa@gillamsmithlaw.com

Matthew S. Yungwirth
msyungwirth@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253.6900
Facsimile: (404) 253.6901

Gilbert A Greene
BGreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy.
Suite 300
Austin, TX 78746-5435
Telephone: 713-402-3946
Facsimile: 713-513-3583

*Counsel for Defendants*
*Holophane Europe Limited*
*Acuity Brands Lighting De Mexico S De RL*
*De CV, Holophane, S.A. De C.V.*
*Arizona (Tianjin) Electronics Products*
*Trade Co., LTD.,*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who have consented to electronic service, on this the 6th day of January, 2021.

/s/ *Melissa R. Smith*
Melissa R. Smith