# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V., AND ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO., LTD.,<br><br>Defendants. | Case No. 2:19-cv-00291-JRG-RSP<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| ULTRAVISION TECHNOLOGIES, LLC,<br><br>Plaintiff,<br><br>v.<br><br>YAHAM OPTOELECTRONICS CO., LTD.,<br><br>Defendant. | Case No. 2:19-cv-00398-JRG-RSP<br>(CONSOLIDATED CASE)<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF ULTRAVISION TECHNOLOGIES, LLC'S NOTICE OF COMPLIANCE**

Pursuant to the Court's First Amended Docket Control Order (Dkt. 110), Plaintiff Ultravision Technologies, LLC ("Ultravision") hereby provides notice that it served its Objections to Holophane Europe Limited, Acuity Brands Lighting De Mexico S. de R.L. de C.V., and Arizona (Tianjin) Electronics Products Trade Co., Ltd.'s (collectively, "Defendants") Initial Trial Exhibit List, Witness List, and Deposition Designations by serving Defendants' counsel of record on January 5, 2021, via electronic mail.

| | |
|---|---|
| Dated: January 6, 2021 | Respectfully submitted |

                                                                                              */s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, New York 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
ULTRAVISION TECHNOLOGIES, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2021, a true and correct copy of the above and foregoing document has been served by email on all counsel of record.

                                                          */s/ Alfred R. Fabricant*
                                                          Alfred R. Fabricant