IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | |
| *Plaintiff,* | Case No. 2:19-cv-00291-JRG-RSP |
| | LEAD CASE |
| *v.* | |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V. and ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO. LTD., | |
| *Defendants.* | |
| YAHAM OPTOELECTRONICS CO., LTD., | Case No. 2:19-cv-00398-JRG-RSP |
| *Defendant.* | MEMBER CASE |

## JOINT MOTION TO AMEND FIRST AMENDED DOCKET CONTROL ORDER

Plaintiff Ultravision Technologies, LLC and Defendants Holophane Europe Limited, Acuity Brands Lighting De Mexico S DE RL DE CV, Holophane S.A. De C.V., Arizona (Tianjin) Electronics Products Trade Co., LTD., and Yaham Optoelectronics Co., LTD (collectively, "Defendants") respectively submit this Joint Motion to Amend the First Amended Docket Control Order.

Plaintiff and Defendants have met, conferred and agreed to extend the deadline to file Motions in Limine. The Parties are seeking a one business day extension for the deadline, making the new deadline January 11, 2021.  The parties also have agreed to file the motions by 4 CT.

 Accordingly, the parties stipulate to the Proposed Docket Control Order, which is attached hereto for the Court's convenience.

Dated: January 8, 2021

Respectfully submitted,

*/s/ Melissa R. Smith*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia 30309
Telephone: (404) 253.6900
Facsimile: (404) 253.6901

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

**Gilbert A Greene**
BGreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy.
Suite 300
Austin, TX 78746-5435
Telephone: 713-402-3946
Facsimile: 713-513-3583

***COUNSEL FOR DEFENDANT***
***HOLOPHANE EUROPE LIMITED***

*/s/ J. Mark Mann*
Jeffrey L. Johnson
State Bar No. 24029638
ORRICK, HERRINGTON &SUTCLIFFE LLP
609 Main, 40th Floor
Houston, TX 77002
Telephone: 713.658.6450
Facsimile: 713.658.6401
jj@orrick.com

J. Mark Mann
State Bar No. 12926150
MANN TINDEL & THOMPSON

300 W. Main
Henderson, TX 75652
903/657-8540
Fax: 9036576003
mark@themannfirm.com

***ATTORNEYS FOR DEFENDANT
YAHAM OPTOELECTRONICS CO., LTD.***

*/s/ Joseph M. Mercadante*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambriankos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@fabricantllp.com
FABRICANT LLP
230 Park Avenue, 3rd Floor W.
New York, NY 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
Texas Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas Bar No. 24012906
jtruelove@mckoolsmith.com
McKOOL SMITH, P.C.
104 East Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF
ULTRAVISION TECHNOLOGIES, LLC***

## CERTIFICATE OF SERVICE

The undersigned certifies that the forgoing document was served on all counsel of record who have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3) on January 8, 2021. Any other counsel of record will be served by facsimile transmission or by first class mail.

/s/ Melissa R. Smith
Melissa R. Smith

## CERTIFICATE OF CONFERENCE

I hereby certify that Counsel for Plaintiff and Counsel for Defendants have complied with the meet and confer requirement in Local Rule CV -7(h) regarding this Motion.  The Parties are in agreement and are seeking joint relief.

/s/ Melissa R. Smith
Melissa R. Smith