# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | Case No. 2:19-cv-00291-JRG-RSP (LEAD CASE) |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V., AND ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO., LTD., | |
| YAHAM OPTOELECTRONICS CO., LTD., | Case No. 2:19-cv-00398-JRG-SP (CONSOLIDATED CASE) |
| Defendants. | **JURY TRIAL DEMANDED** |

## JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Ultravision Technologies, LLC ("Ultravision") and Defendant Yaham Optoelectronics Co., Ltd. ("Yaham") hereby file this Joint Motion to Stay All Deadlines and Notice of Settlement.

All matters in controversy between the parties have been settled in principle. The parties respectfully request a stay of all case deadlines for thirty (30) days while the parties finalize a settlement agreement and file dismissal documents with the Court.

WHEREFORE, the parties respectfully request that the Court enter the proposed order submitted with this motion as set forth above.

Dated: January 13, 2021              Respectfully submitted

*/s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com

Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
Joseph M. Mercadante
NY Bar No. 4784930
Email: jmercadante@fabricantllp.com
Daniel J. Shea
NY Bar No. 5430558
Email: dshea@fabricantllp.com
**FABRICANT LLP**
230 Park Avenue, 3rd Floor W.
New York, New York 10169
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF***
***ULTRAVISION TECHNOLOGIES, LLC***

*/s/ Jeffrey L. Johnson (with permission)*
Jeffrey L. Johnson
State Bar No. 24029638
Email: jj@orrick.com
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
609 Main, 40th Floor
Houston, TX 77002
Telephone: (713) 658.6450
Facsimile: (713) 658.6401

T. Vann Pearce, Jr.
Email: vpearce@orrick.com
**ORRICK HERRINGTON & SUTCLIFFE, LLP**
Columbia Center
1152 15th Street, NW
Washington, DC 20005
Telephone: (202) 339-8400

***ATTORNEYS FOR DEFENDANT YAHAM OPTOELECTRONICS CO., LTD.***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 13, 2021, a true and correct copy of the above and foregoing document has been served on counsel of record via the Court's CM/ECF system per Local Rule CV-5(a)(3).

          */s/ Alfred R. Fabricant*
          Alfred R. Fabricant

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and this joint motion is unopposed.

          */s/Alfred R. Fabricant*
          Alfred R. Fabricant