# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | ) | Case No. 2:19-cv-00291-JRG-RSP |
| | ) | (LEAD CASE) |
| Plaintiff, | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| | ) | |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO S DE RL DE CV, HOLOPHANE, S.A. DE C.V., AND ARIZONA (TIANJIN) ELECTRONICS PRODUCTS TRADE CO., LTD., | ) | |
| YAHAM OPTOELECTRONICS CO., LTD., | ) | Case No. 2:19-cv-00398-JRG-SP (CONSOLIDATED CASE) |
| | ) | **JURY TRIAL DEMANDED** |
| Defendants. | ) | |

## ORDER GRANTING JOINT MOTION TO STAY
## ALL DEADLINES AND NOTICE OF SETTLEMENT

On this date the Court considered the Joint Motion to Stay All Deadlines and Notice of Settlement between Plaintiff Ultravision Technologies, LLC ("Ultravision") and Defendant Yaham Optoelectronics Co., Ltd. ("Yaham") (collectively, the "Parties"). Based on the motion, the grounds set forth therein, the pleadings and other filings in this case, and the agreement of the Parties to the motion, the Court finds that good cause has been established and the Joint Motion to Stay All Deadlines should be granted.

It is, therefore, ORDERED that all proceedings and deadlines in this case between the Parties be stayed for thirty (30) days.