# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § § Plaintiff, § § v. § § HOLOPHANE EUROPE LIMITED, § ACUITY BRANDS LIGHTING DE § MEXICO S DE RL DE CV, HOLOPHANE, § S.A. DE C.V., ARIZONA (TIANJIN) § ELECTRONICS PRODUCTS TRADE § COMPANY, LTD., § § Defendants. § | CIVIL ACTION NO. 2:19-CV-00291-JRG |

## ORDER

The Court issues this Order *sua sponte*. The Court hereby appoints the Hon. David Folsom, Jackson Walker, L.L.P., 6002-B Summerfield Drive, Texarkana, Texas 75503, telephone number (903) 255-3251 Email: dfolsom@jw.com, as mediator in the above referenced case. The parties are **ORDERED** to mediate before the Hon. David Folsom as soon as reasonably practicable but in no event later than thirty (30) days from the issuance of this Order. The mediator's directives as to format of the mediation session (in-person, virtual or a combination) shall be binding on the parties and counsel. No one shall disengage from a mediation session without the mediator's prior consent. The mediator's directives as to the level of authority for all corporate representatives shall also be binding on the parties. Mediation shall be governed by the Court-Annexed Mediation Plan, found at: hthttp://www.txed.uscourts.gov/?q=court-annexed-mediation-plan. In particular and without limitation, the Mediation Plan requires the presence at the mediation conference of all parties, corporate representatives, and any other required claims professionals (e.g., insurance adjusters, etc.) with full authority to negotiate a settlement. Exceptions to this requirement may be made only by the presiding judge in writing.

2

Further, this Court's Standing Order Regarding the Use of Local Counsel in Mediation (dated April 30, 2018 and found at http://www.txed.uscourts.gov/?q=judge/chief-district-judge-rodney-gilstrap) shall be complied with wherever applicable.

**So ORDERED and SIGNED this 25th day of January, 2021.**

                                                RODNEY GILSTRAP
                                                UNITED STATES DISTRICT JUDGE