# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO DE RL DE CV, HOLOPHANE S.A. DE CV and ARIZONA (TIANJIN) ELECTRONICS PRODUCT TRADE CO., LTD. <br><br> Defendants. | Case No. 2:19-cv-00291-JRG-RSP (LEAD CASE) <br><br> **JURY TRIAL DEMANDED** |

## ULTRAVISION TECHNOLOGIES, LLC'S PROPOSED VERDICT FORM FOR THE *ULTRAVISION TECHNOLOGIES, LLC v. ACUITY BRANDS LIGHTING DE MEXICO DE RL DE CV* TRIAL

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Ultravision" or "Plaintiff" means Ultravision Technologies, LLC.

- "Defendants" or "Acuity Mexico" means Acuity Brands Lighting De Mexico S. de R.L. de C.V.

- The "'410 Patent" refers to U.S. Patent No. 8,870,410.

- The "'413 Patent" refers to U.S. Patent No. 8,870,413.

- The "'946 Patent" refers to U.S. Patent No. 10,223,946.

- The "Asserted Claims" collectively refers to 10, 11, and 14 of the '410 patent, claim 1 of the '413 patent, and claims 1-6, 8-10, 12-14, and 16-17 of the '946 patent.

## **IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM**

## **READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM**

**QUESTION NO. 1:**

Did Ultravision prove by a preponderance of evidence that Acuity Mexico infringed **ANY** of the Asserted Claims?

YES _____

NO  _____

If you answer this question **"NO"** do not answer any other questions, leave the remaining questions unanswered and go to the final page of the Jury Verdict form.

**QUESTION NO. 2:**

Did Acuity Mexico prove by clear and convincing evidence that any of the following Asserted Claims are invalid?

**Answer "Yes" or "No" for each Asserted Claim listed below:**

Claim 10 of the '410 Patent   _____

Claim 11 of the '410 Patent   _____

Claim 14 of the '410 Patent   _____

Claim 1 of the '413 Patent   _____

Claim 1 of the '946 Patent   _____

Claim 2 of the '946 Patent   _____

Claim 3 of the '946 Patent   _____

Claim 4 of the '946 Patent   _____

Claim 5 of the '946 Patent   _____

Claim 6 of the '946 Patent   _____

Claim 8 of the '946 Patent   _____

Claim 9 of the '946 Patent   _____

Claim 10 of the '946 Patent   _____

Claim 12 of the '946 Patent   _____

Claim 13 of the '946 Patent        _____

Claim 14 of the '946 Patent        _____

Claim 16 of the '946 Patent        _____

Claim 17 of the '946 Patent        _____

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 3.**

**Answer Question No. 3 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 3:**

Did Ultravision prove by a preponderance of the evidence that Acuity Mexico willfully infringed **ANY** of the Asserted Claims that you fond were infringed?

YES _____

NO  _____

**If you answered NO to Question No. 1 OR YES to ALL the Asserted Claims listed in Question No. 2, then DO NOT answer Question No. 4.**

**Answer Question No. 4 ONLY as to any Asserted Claim that you have found BOTH to be infringed and not invalid.**

**QUESTION NO. 4:**

What sum of money, if paid now in cash, has Ultravision proven by a preponderance of the evidence would compensate Ultravision for its damages from infringement through the date of trial?

Answer in United States Dollars and Cents, if any:

$_____

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this _____ day of March, 2021.

_____
JURY FOREPERSON