# EXHIBIT C

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, | § § § | |
| Plaintiff, | § § | Case No. 2:19-cv-00291-JRG-RSP (LEAD CASE) |
| v. | § § § | **JURY TRIAL DEMANDED** |
| HOLOPHANE EUROPE LIMITED, ACUITY BRANDS LIGHTING DE MEXICO DE RL DE CV, HOLOPHANE S.A. DE CV and ARIZONA (TIANJIN) ELECTRONICS PRODUCT TRADE CO., LTD. | § § § § § § § § | |
| Defendants. | | |

# [DEFENDANT'S PROPOSED] VERDICT FORM FOR THE *ULTRAVISION TECHNOLOGIES, LLC v. ACUITY BRANDS LIGHTING DE MEXICO DE RL DE CV* TRIAL

In answering the following questions and completing this Verdict Form, you are to follow all the instructions I have given you in the Court's Final Jury Instructions. Your answers to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Final Jury Instructions. You should refer to and consider the Final Jury Instructions as you answer the questions in this Verdict Form.

As used herein, the following terms have the following meanings:

- "Ultravision" or "Plaintiff" means Ultravision Technologies, LLC.

- "Defendant" or "Acuity Mexico" means Acuity Brands Lighting De Mexico S. de R.L. de C.V.

- The "'410 Patent" refers to U.S. Patent No. 8,870,410.

- The "'413 Patent" refers to U.S. Patent No. 8,870,413.

- The "'946 Patent" refers to U.S. Patent No. 10,223,946.

- The "Asserted Claims" collectively refers to:

    - 10, 11, and 14 of the '410 patent,

    - claim 1 of the '413 patent, and

    - claims 1-6, 8-10, 12-14, and 16-17 of the '946 patent.

## IT IS VERY IMPORTANT THAT YOU FOLLOW THE INSTRUCTIONS PROVIDED IN THIS VERDICT FORM

## READ THEM CAREFULLY AND ENSURE THAT YOUR VERDICT COMPLIES WITH THEM

**QUESTION NO. 1: Stream of Commerce**

Did Ultravision prove by a preponderance of evidence that Acuity Mexico placed the accused products into a stream of commerce with the expectation that the products would be purchased by consumers in Texas and that Acuity Mexico took additional action purposefully directed toward Texas?

_____

If you answered this question **"NO,"** please do not answer any other questions, leave the remaining questions unanswered and go to the final page of the Jury Verdict form.  (A "**YES**" is a finding for Ultravision; a "**NO**" is a finding for Acuity Mexico).

**QUESTION NO. 2: Infringement**

Did Ultravision prove by a preponderance of evidence that Acuity Mexico directly infringed the Asserted Claims?

**If you find a particular claim was infringed, answer "Yes" (a "Yes" is a finding for Ultravision); otherwise, answer "No" (a "No" is a finding for Acuity Mexico):**

'410 patent

    Claim 10 \_\_\_\_\_        Claim 11 \_\_\_\_\_

    Claim 14 \_\_\_\_\_

'413 patent

    Claim 1 \_\_\_\_\_

'946 patent

    Claim 1 \_\_\_\_\_        Claim 2 \_\_\_\_\_

    Claim 3 \_\_\_\_\_        Claim 4 \_\_\_\_\_

    Claim 5 \_\_\_\_\_        Claim 6 \_\_\_\_\_

    Claim 8 \_\_\_\_\_        Claim 9 \_\_\_\_\_

    Claim 10 \_\_\_\_\_       Claim 12 \_\_\_\_\_

    Claim 13 \_\_\_\_\_       Claim 14 \_\_\_\_\_

    Claim 16 \_\_\_\_\_       Claim 17 \_\_\_\_\_

If you answered this question **"NO"** for all of the claims, do not answer any other questions, leave the remaining questions unanswered and go to the final page of the Jury Verdict form.

## QUESTION NO. 3: Invalidity

For any Asserted Claim that you found to be infringed by Acuity Mexico, did Acuity Mexico prove by clear and convincing evidence that the Asserted Claim(s) is invalid?

**If you find the claim invalid, answer "Yes" (a "Yes" is a finding for Acuity Mexico); otherwise, answer "No" (a "No" is a finding for Ultravision):**

'410 patent

    Claim 10 \_\_\_\_\_        Claim 11 \_\_\_\_\_

    Claim 14 \_\_\_\_\_

'413 patent

    Claim 1 \_\_\_\_\_

'946 patent

    Claim 1 \_\_\_\_\_        Claim 2 \_\_\_\_\_

    Claim 3 \_\_\_\_\_        Claim 4 \_\_\_\_\_

    Claim 5 \_\_\_\_\_        Claim 6 \_\_\_\_\_

    Claim 8 \_\_\_\_\_        Claim 9 \_\_\_\_\_

    Claim 10 \_\_\_\_\_       Claim 12 \_\_\_\_\_

    Claim 13 \_\_\_\_\_       Claim 14 \_\_\_\_\_

    Claim 16 \_\_\_\_\_       Claim 17 \_\_\_\_\_

If you answered this question **"YES"** for all of the claims for which you provided an answer, do not answer any other questions, leave the remaining questions unanswered and go to the final page of the Jury Verdict form.

**Answer Question No. 4 ONLY if you found an Asserted Claim to be BOTH infringed (Yes for Question 2) and not invalid (No for Question 3).**

**QUESTION NO. 4: Reasonable Royalty**

What sum of money, if paid now in cash, do you find based on a preponderance of the evidence would fairly and reasonably compensate Ultravision for use of the claimed inventions by Acuity Mexico, through the date of trial? Answer in United States Dollars and Cents, if any:

$_____


If you used a percentage (%) to determine the amount above, what percentage did you use?


_____%

## **FINAL PAGE OF JURY VERDICT FORM**

You have now reached the end of the Verdict Form and should review it to ensure it accurately reflects your unanimous determinations. The Jury Foreperson should then sign and date the Verdict Form in the spaces below. Once this is done, notify the Court Security Officer that you have reached a verdict. The Jury Foreperson should keep the Verdict Form and bring it when the jury is brought back into the courtroom.

Signed this \_\_\_\_ day of March, 2021.

_____
JURY FOREPERSON