# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| ULTRAVISION TECHNOLOGIES, LLC, § § § Plaintiff, § § v. § § HOLOPHANE EUROPE LIMITED, § ACUITY BRANDS LIGHTING DE § MEXICO DE RL DE CV, HOLOPHANE § S.A. DE CV and ARIZONA (TIANJIN) § ELECTRONICS PRODUCT TRADE CO., § LTD. § § Defendants. | Case No. 2:19-cv-00291-JRG-RSP (LEAD CASE) **JURY TRIAL DEMANDED** |

## DEFENDANT ACUITY MEXICO'S NOTICE OF PRIOR ART PURSUANT TO 35 U.S.C. § 282(C)

Pursuant to 35 U.S.C. § 282, Defendant Acuity Brands Lighting De Mexico S. de R.L. de C.V. ("Acuity Mexico") hereby provides Plaintiff Ultravision Technologies, LLC ("Ultravision") with notice of the prior art references and things upon which it may rely at trial to prove the invalidity of U.S. Patent Nos. 8,870,410, 8,870,413, and 10,223,946 ("the Asserted Patents") and/or the state of the art. Acuity Mexico also hereby provides to Ultravision a list of names and addresses of persons who may be relied upon as either a prior inventor, as having a prior knowledge of the claimed inventions, and/or as having knowledge of prior use or offers for sale of the claimed inventions.

Acuity Mexico reserves the right to amend, modify, or supplement this notice, consistent with the provisions of Section 282.

In addition to those items identified below, Acuity Mexico incorporates by reference all prior art and information disclosed in its objections and responses to Ultravision's interrogatories, the opening expert report of Dr. Alfred Ducharme, Acuity Mexico's invalidity contentions and claim charts, as well as Acuity Mexico's pleadings in this case.

**I.   PATENTS AND PATENT PUBLICATIONS**

| Country/Number | Patentee/Applicant | Date |
|---|---|---|
| U.S. Patent No. 7,736,019 | Shimada, et al. | October 10, 2006 |
| U.S. Patent No. 8,585,253 | Duong, et al. | August 20, 2009 |
| U.S. Patent No. 8,408,737 | Wright, et al. | March 10, 2010 |
| U.S. Patent No. 8,157,413 | Maxik, et al. | January 14, 2010 |
| U.S. Patent No. 7,674,018 | Holder, et al. | February 26, 2007 |
| U.S. Patent Publication No. 2008/0080196 | Ruud, et al. | December 3, 2009 |
| U.S. Patent Publication No. 2010/0128488 | Marcoux | November 23, 2009 |
| Japanese Patent Publication No. JP 2004-281352 | Kaiya, et al. | October 7, 2004 |

**II.   OTHER PUBLICATIONS**

| Title | Author | Date | Pages |
|---|---|---|---|
| Advanced Lighting Systems for Externally Lit Billboards, ET 08.12 Report | Design & Engineering Services, Southern California Edison | January 4, 2010 | Title, pp. 1-52 |

**III.   PRIOR ART PRODUCTS AND SYSTEMS THAT WERE IN "PUBLIC USE" AND/OR "ON SALE"**

| Title | On Sale or Public Use Date | Exemplary Support |
|---|---|---|
| Aphos Solera RW Roadway Light | As early as March 2010 | Solera RW Marketing Whitepaper (ULT-L0005276) |

2

| | | Solera RW Marketing Material (AuYeung Dep. Ex. 21) |
|---|---|---|
| | | Solera AL Marketing Material (Little Dep. Ex. 5) |
| | | Aphos News Announcing Solera (Little Dep. Ex. 6) |
| Aphos Billboard Lighting Fixture offered for sale by Ultravisions | At least by June 7, 2011 | Ultravision LED Light Proposed Production Flow (ULT-L0004473-ULT-L0004474) |
| | | April 13, 2011 Ultravision Presentation (ULT-L0002361 and ULT0L0002363) |
| | | Picture of Aphos Billboard Light Fixture (ULT-L0002162) |
| | | Picture of Aphos Billboard Light Fixture (ULT-L0002169) |
| | | Specification Sheets for the Aphos Billboard Light (ULT-L0007047 and ULT-L0007049) |
| | | Aphos Billboard Light Fixture Parts List and Picture (ULT-L0002318) |
| | | Optics Picture of the Aphos Billboard Light Fixture (ULT-L0002184) |
| | | May 3rd, 2011 Public Test of the Aphos Billboard Light Fixture (ULT-L0002456-ULT-L0002462) |
| | | June 7, 2011 Offer to Sell the Aphos Billboard Light Fixture to Lamar (LAC-SS000808) |
| | | June 21, 2011 Revised Offer to Sell the Aphos Billboard Light Fixture to Lamar (ULT-L0002028-ULT-L0002029) |

## IV. PERSONS HAVING KNOWLEDGE

| Name | Contact Information |
|---|---|
| Dr. Alfred Ducharme | Reachable through Acuity Mexico's counsel |
| Michael N. Gershowitz, PE | Reachable through Acuity Mexico's counsel |
| Mark Hand | Reachable through Acuity Mexico's counsel |
| Dr. Zane Coleman | Reachable through Ultravision's counsel |
| William Hall | Reachable through Ultravision's counsel |
| David AuYeung | Reachable through Ultravision's counsel |
| Simon Magarill | Reachable through Ultravision's counsel |
| William Little | Reachable through Ultravision's counsel |
| Greg Gauthier | Reachable through Richard G. Frenkel at Latham & Waktins LLP<br>140 Scott Drive<br>Menlo Park, California 94025<br>650.463.3080<br>rick.frenkel@lw.com |

## V. BACKGROUND ITEMS AND/OR OTHER INFORMATION

Acuity Mexico provides notice of background items and/or other information to be relied upon in explaining the state of the art, the level of ordinary skill in the art, background of the technology at issue, terms or components in a reference above, motivation to combine, and the prosecution history of the patent-in-suit.

### A. Patents and Patent Publications

| Country/Number | Patentee/Applicant | Date |
|---|---|---|
| Indian Patent No. IN2774/CHE/2009 | Rao | December 25, 2009 |
| U.S. Patent No. 7,674,018 | Holder et al. | August 30, 2007 |
| U.S. Patent No. 7,459,773 | Lim | December 29, 2005 |
| U.S. Patent No. 8,454,215 | Bollmann | July 15, 2009 |
| U.S. Patent No. 7,360,923 | Weber et al. | January 31, 2003 |
| U.S. Patent Publication No. 2013/0135861 | Chen et al. | November 24, 2011 |

| Japanese Patent Application No. 2000215703 | Koyama | August 4, 2000 |
| Japanese Patent No. 4,746,152 | Matsumoto | December 17, 2010 |
| U.S. Patent No. 7,072,096 | Holman | December 14, 2001 |
| U.S. Patent No. 7,896,522 | Heller | February 20, 2008 |
| | | |
| Korean Patent Publication No. 20080040086 | Lee | May, 8, 2008 |
| U.S. Patent Publication No. 2011/0188233 | Josefowicz | September 15, 2008 |
| U.S. Patent No. 7,938,558 | Wilcox | July, 6, 2007 |
| U.S. Patent No. 8,506,118 | Maxik | January 26, 2009 |
| U.S. Patent No. 8,256,919 | Holder | December 3, 2008 |
| U.S. Patent No. 9,121,582 | Kunnune | May 5, 2010 |
| U.S. Patent Publication No. 2013/0010468 | Stoll | May 28, 2009 |
| U.S. Patent No. 8,360,613 | Little | August 27, 2010 |

B.  **Other Publications**

| Title | Author | Date | Pages |
|---|---|---|---|
| Freeform LED Lens for Uniform Illumination, 16 Optics Express, No. 17 | Ding, et al. | 2008 | All |
| Optimization of Multi-Element LED Source for Uniform Illumination of Plane Surface, 19 Optics Express No. S4 | Ramane | 2011 | All |
| Optical Design of a Freeform TIR Lens for LED Streetlight, 121 Optik | Jiang, et al. | 2010 | pp. 1761-1765 |
| Winning the Optical Challenges in LED Street Lighting, TechZone Magazine | Lakkio | 2011 | All |
| New Reversing Design Method for LED Uniform Illumination, Optics Express | Wang | 2011 | All |

| | | | |
|---|---|---|---|
| LEDIL: A World of Innovation | Ledil | 2011 | All |
| Freeform Reflector Design with Extended Sources | Fournier | 2011 | All |

**C.    Prior art products and systems that were IN Public use and/or on sale**

| Title | On Sale Bar Date |
|---|---|
| NEPTŪN LED – Ad Poster Billboard Luminaire | 2010 |
| Acuity Brands Lighting's Ratio LED Light | 2007 |
| Lithonia Lighting's D-Series Light Fixture | 2010-2011 |
| American Electric Lighting's Autobahn Roadway Light | 2010-2011 |
| Ruud Lighting's BetaLED Edge | 2007 |
| Ruud Lighting 's BetaLed LEDway | 2009 |
| Samsung's 25W Platform LED Module with Flange | April 2012 |

January 29, 2021                                             Respectfully submitted,

*/s/ Matthew S. Yungwirth*
Matthew S. Yungwirth
msyungwirth@duanemorris.com
Glenn D. Richeson
gdricheson@duanemorris.com
**DUANE MORRIS LLP**
1075 Peachtree Street, Suite 2000
Atlanta, Georgia  30309

Telephone: (404) 253.6900
Facsimile: (404) 253.6901

Melissa Richards Smith (TBN 24001351)
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
Telephone: 903-934-8450
Facsimile: 903-934-9257

Gilbert A Greene
BGreene@duanemorris.com
**DUANE MORRIS LLP**
900 S. Capital of Texas Hwy.
Suite 300
Austin, TX 78746-5435
Telephone: 713-402-3946
Facsimile: 713-513-3583

*Counsel for Defendants*
*Holophane Europe Limited*
*Acuity Brands Lighting De Mexico S De RL De CV*
*Holophane, S.A. De C.V.*
*Arizona (Tianjin) Electronics Products Trade Co., LTD.,*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) with a copy of this document via the Court's CM/ECF system.

*/s/ Melissa R. Smith*
Melissa R. Smith